UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )  Case No. 5:23-cr-00069-GFVT-EBA<br>v.  )<br>  )<br>JOSE ANGEL ADAME-CRISTINO,  )<br>  )  **ORDER**<br>  Defendant.  )<br>  ) | |

*** *** *** ***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Edward B. Atkins. [R. 27.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id*. at 3. Neither party objected and the time to do so has now passed.

Upon review, the Court is satisfied that Defendant Jose Angel-Adame-Cristino knowingly and competently pled guilty to the Counts 1 and 2 and that an adequate factual basis supports the plea as to each of those counts. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Atkin's Recommendation to Accept Guilty Plea [R. 27] is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Jose Angel Adame-Cristino is **ADJUDGED** guilty of Counts 1 and 2 of the Superseding Indictment; and

3. The Defendant's Jury Trial is **CANCELLED**.

This the 30th day of January, 2024.

Gregory F. Van Tatenhove
United States District Judge